**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ADELE VAN JACKSON, | NO. 08-34469 |
| DEBTOR | JUDGE: Hollis |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents U.S. Bank N.A., in its capacity as Trustee for the registered holders of Morgan Stanley Dean Witter Capital I Inc. Trust 2001-NC3, Mortgage Pass-Through Certificates, Series 2001-NC3 in your Chapter 13 Case Number 08-34469. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. Accordingly, any information with which you provide this office can and may be used to collect that debt:

| | |
|---|---|
| 2007 Real Estate Taxes | $1,749.73 |
| Escrow Advance | $390.63 |
| TOTAL | = $ 2,140.36 |

Respectfully submitted,

 /s/ Todd J. Ruchman  _____
Attorney for U.S. Bank N.A., in its capacity as Trustee for
the registered holders of Morgan Stanley Dean Witter
Capital I Inc. Trust 2001-NC3, Mortgage Pass-Through
Certificates, Series 2001-NC3

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
08-009399

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**